UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARY NYLENE ROBERTSON,

    Plaintiff,

v.                                  4:23cv57–WS/MAF

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.

_____

ORDER GRANTING DEFENDANT'S
MOTION FOR EXTENSION OF TIME

Before the court is Defendant's motion (ECF No. 4) for extension of time to answer or otherwise respond to Plaintiff's complaint. Plaintiff does not object to the relief requested in the motion.

The court having reviewed the matter, it is ORDERED:

1. Defendant's motion (ECF No. 4) for extension of time is GRANTED.

2. Defendant shall have up to and including March 13, 2023, to answer or otherwise respond to Plaintiff's complaint.

DONE AND ORDERED this <u>  9th  </u> day of <u>   February   </u>, 2023.


                <u>s/ William Stafford                            </u>
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE